CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB - 1 2011

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |  |
|---|---|---|
| **OSCAR LUIS ROBLES** | ) |  |
| **Plaintiff,** | ) | Civil Action No. 7:10-cv-00462 |
|  | ) |  |
| **v.** | ) | **ORDER** |
|  | ) |  |
| **MIDDLE RIVER REGIONAL** | ) | By:    Hon. Jackson L. Kiser |
| **JAIL, et al.,** | ) | **Senior United States District Judge** |
| **Defendant(s).** | ) |  |

In accordance with the memorandum opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of

the court. Plaintiff may refile his claims in a new and separate action at a time of his choice.

The Clerk is directed to send a copy of this order and the accompanying memorandum

opinion to plaintiff.

ENTER: This ___1st___ day of ~~January~~ February, 2011.

_____
Senior United States District Judge